**Katherine Shuffler/DCD/DC/USCOURTS**

05/12/2008 11:23 AM

To   Jacqueline M. Francis/DCD/DC/USCOURTS@USCOURTS, Pawana Davis/DCD/DC/USCOURTS@USCOURTS, Teresa

cc

bcc

Subject   Fw: MDL 1760 (Conditional Transfer Order 65); 1:08-cv-0484, 1:08-cv-0490, 1:08-cv-0491, 1:08-cv-0492, 1:08-cv-0493, 1:08-cv-0494, 1:08-cv-0495

**Ann G Frantz/TNMD/06/USCOURTS**

05/12/2008 09:56 AM

To   DCDml_MDLClerk, InterDistrictTransfer/DCD/DC/USCOURTS@USCOURTS

cc

Subject   MDL 1760 (Conditional Transfer Order 65); 1:08-cv-0484, 1:08-cv-0490, 1:08-cv-0491, 1:08-cv-0492, 1:08-cv-0493, 1:08-cv-0494, 1:08-cv-0495

Clerk of Court
United States District Court
District of Columbia

In Re:  MDL 1760 In Re Aredia and Zometa Products Liability Litigation
Conditional Transfer Order 65

Dear Clerk of Court:

Attached is a certified copy of CTO 65 from the Judicial Panel on Multidistrict Litigation transferring your cases to the Middle District of Tennessee.  The new case numbers are listed on the order.

***Please transmit your records via the ECF District Transfer method to Tennessee Middle.***

If this is not possible, please forward the case files and docket sheets, preferably as PDF documents attached to an email addressed to: ann_g_frantz@tnmd.uscourts.gov.



MDL 1760 CTO 65-CERTIFIED.pdf

Ann Frantz
Operations Manager
United States District Court
Middle District of Tennessee
801 Broadway, Room 800
Nashville, TN  37203
Phone: (615) 736-2364
Fax:  (615) 736-2229
www.tnmd.uscourts.gov